

U. S. Department of Justice

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

150 Fayetteville St.
Suite 2100
Raleigh, North Carolina 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

DATE: May 24, 2022

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Michael F. Easley, Jr.
United States Attorney

ATTN OF: Barbara D. Kocher
Assistant United States Attorney

SUBJECT: U.S. v. CHRISTOPHER HAMMOND
U.S. v. HEATHER L. HAMMOND
No. 5:22-CR-106-1 WESTERN DIVISION
No. 5:22-CR-106-2 WESTERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

BDK/jk

cc: US Marshal Service
US Probation Office