(AO - REV. 5/85) Verdict



FILED IN OPEN COURT
ON 4/20/2023
Peter A. Moore, Jr., Clk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA              VERDICT

vs.                                   CASE NUMBER: 5:22-CR-106-2BO

Heather L. Hammond

**WE, THE JURY, FIND the defendant: Heather L. Hammond.**

_Guilty_ As to Count 5s of the Superseding Indictment.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

04/20/2023

FOREPERSON'S SIGNATURE                DATE