IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:22-CR-106-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| HEATHER BATES HAMMOND | |

This matter is before the Court on the Defendant's Motion to Sequester Government Witnesses. For good cause shown, the Defendant's Motion SHALL BE AND IS HEREBY GRANTED. It it therefore ORDERED that all government witnesses shall be sequestered, and otherwise prohibited from discussing trial testimony or evidentiary presentation with any other government witness.

SO ORDERED this 3 day of ~~October~~ NOV 2023.

HON. TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1