(AO - REV. 5/85) Verdict



FILED IN OPEN COURT
ON 11/8/2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**        **VERDICT**

vs.                                 **CASE NUMBER: 5:22-CR-106-2BO**

**Heather L. Hammond**

WE, THE JURY, FIND the defendant: Heather L. Hammond.

**Not Guilty** As to Count 5s of the Superseding Indictment.

> **REDACTED VERSION**
> Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
11/8/23
**FOREPERSON'S SIGNATURE**              **DATE**