AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

Heather L. Hammond

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:22-CR-00106-BO-2

The Defendant was found not guilty as to Count 5s of the Superseding Indictment. IT IS ORDERED that the Defendant is acquitted, discharged on the above counts only, and any bond exonerated.

_Terrence Boyle_
Signature of Judge

Terrence W. Boyle — US District Judge
Name of Judge — Title of Judge

11/8/2023
Date